Patrick F. O'Brien, Appellant, *v.* Matthew F. McGunnigle et al., as Executors of Peter O'Brien, Deceased, et al., Defendants, and Catherine McGunnigle, Respondent.

(Argued November 25, 1929; decided January 7, 1930.)

*Thomas J. Cuff* and *Milton Pinkus* for appellant.

*Charles R. Weeks, John R. Niesley* and *George A. Gibson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not sitting: Cardozo, Ch. J.